ACCEPTED
06-15-00037-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/3/2015 11:45:18 AM
DEBBIE AUTREY
CLERK

# NO. 06-15-00037-CV

IN THE COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/3/2015 11:45:18 AM
DEBBIE AUTREY
Clerk

MICHAEL D. LEE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLANT

V.

THE ROGERS AGENCY, C. MICHAEL ROGERS
& NEW YORK LIFE INS. CO.. . . . . . . . . . . . . . . . . . . . . . . . . APPELLEES

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW John R. Mercy, of the law firm of MERCY ✫ CARTER ✫

TIDWELL, L.L.P., and hereby enters his appearance as lead counsel for MICHAEL D.

LEE, Appellant, herein.  All parties hereto take notice of this appearance.

Respectfully submitted,

 /s/ *John R. Mercy*
John R. Mercy
Texas State Bar No. 13947200
MERCY ✫ CARTER ✫ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail:  jmercy@texarkanalawyers.com

James A. Holmes
Texas State Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, PC
212 South Marshall
Henderson, TX 75654
Telephone: (903) 657-2800
Facsimile:   (903) 657-2855
Email:  jh@JamesHolmesLaw.com

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2015, I served a true and correct copy of the foregoing *Notice of Appearance as Counsel* upon opposing counsel via the Texas Efile system, and to all other parties registered with said system to receive copies.

/s/ *John R. Mercy*
John R. Mercy